# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2211
_____

United States of America, ex rel Steven Stepanishen, and individually

*Plaintiff - Appellant*

v.

BEI Precision Systems & Space Company Inc.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: March 13, 2025
Filed: March 18, 2025
[Unpublished]
_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Steven Stepanishen appeals the district court's[1] adverse grant of summary judgment in his False Claims Act retaliation action. After careful review of the

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

record and the parties' arguments on appeal, we conclude the grant of summary judgment was proper.  See Elkharwily v. Mayo Holding Co., 823 F.3d 462, 469 (8th Cir. 2016) (per curiam) (reviewing grant of summary judgment de novo, viewing evidence in light most favorable to non-moving party).  Accordingly, we affirm the judgment.  See 8th Cir. R. 47B.

_____